# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **2:18-cv-07116-FMO (AFM)** | Date: June 24, 2019 |
| Title **Christian Najera v. SRDC, et al.** | |

Present: The Honorable: ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): Order to Show Cause**

On June 17, 2019, the Court's June 5, 2019 Order re Civil Rights Complaint (ECF No. 26) was returned as undeliverable with the post office label notation: "Return to Sender; Attempted—Not Known; Unable to Forward." Plaintiff has been admonished on numerous occasions that any failure by plaintiff to comply with a Court order where plaintiff did not receive an order due to failure to inform the Court of his current address may result in the action being dismissed for failure to prosecute. *See* ECF Nos. 3, 7, 13, 18; *see also Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988); Local Civil Rule 41-6.

Accordingly, within fifteen (15) days from the filing date of this Order, plaintiff shall provide the Court with his current address. Plaintiff is admonished that failure to comply with a Court order will result in the recommendation that this case be dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

| | : |
|---|---|
| **Initials of Preparer** | ib |