# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN NAJERA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SRDC, *et al.*,<br><br>　　　　Defendants. | Case No. CV 18-07116 FMO (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted and adopted; and (2) Judgment shall be entered dismissing the Fourth Amended Complaint without further leave to amend and with prejudice.

DATED: August 20, 2019

　　　　　　　　　　　　　　　　　/s/ Fernando M. Olguin
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE