JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN NAJERA, | Case No. CV 18-07116 FMO (AFM) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SRDC, *et al.*, | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Fourth Amended Complaint is dismissed without further leave to amend and with prejudice.

DATED: August 20, 2019

_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE